UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH WAYNE LEAMING,

        Plaintiff,

  v.

DONNY SMITH, et al.,

        Defendants.

Case No. C23-1951-JCC

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 20th day of December, 2023.

*[signature]*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1